# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130542-43 (53)

INTERNATIONAL HOME FOODS, INC.,
          Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
          Defendant-Appellant.

SC: 130542
COA: 253748
Ct of Claims: 02-000081-MT

_____

LENOX, INC.,
          Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
          Defendant-Appellant.

SC: 130543
COA: 253760
Ct of Claims: 01-018141-MT

_____

On order of the Chief Justice, the motion by plaintiffs-appellees for extension to October 23, 2006 of the time for filing their brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2006

_____
Clerk